NUMBER 13-08-00516-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MARCELINO PERALES AND 

MARIA DE JESUS PERALES, Appellants,


v.



JOSE GUTIERREZ, ET AL., Appellees. 

 

_____________________________________________________________


On appeal from the 398th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yanez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellants, Marcelino Perales and Maria de Jesus Perales, attempted to perfect an
appeal from a judgment entered by the 398th District Court of Hidalgo County, Texas, in
cause number C-765-04-I. Judgment in this cause was signed on May 6, 2008. A motion
for new trial was filed on June 4, 2008. Pursuant to Texas Rule of Appellate Procedure
26.1, appellants' notice of appeal was due on August 4, 2008, but was not filed until August
26, 2008. 

 On September 3, 2008, the Clerk of this Court notified appellants of this defect so
that steps could be taken to correct the defect, if it could be done. Appellants were advised
that, if the defect was not corrected within ten days from the date of receipt of this Court's
letter, the appeal would be dismissed. To date, no response has been received from
appellants providing a reasonable explanation for the late filing of the notice of appeal.

 The Court, having examined and fully considered the documents on file, appellants'
failure to timely perfect their appeal, and appellants' failure to respond to this Court's
notice, is of the opinion that the appeal should be dismissed for want of jurisdiction.
Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See Tex.
R. App. P. 42.3(a)(c).


 PER CURIAM

Memorandum Opinion delivered and

filed this the 15th day of January, 2009.